JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONNIE CRAIG, et al.,<br>Plaintiff,<br>v.<br>NISSAN NORTH AMERICA, INC.,<br>Defendants. | Case No. 2:25-cv-11124-AB (ASx)<br><br>**ORDER <u>DISMISSING</u> CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **<u>DISMISSES</u>** this action without costs and without prejudice to the right to re-open the action within **<u>90 days</u>** upon good cause shown if the settlement is not completed.

All hearing dates are hereby **<u>VACATED</u>**.

Dated: July 16, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE